

SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.  8:25 cr 72-CEH-SPF

ISMAEL ALVAREZ                        21 U.S.C. § 841(a)(1)
                                      (Possession with Intent to
                                       Distribute a controlled
                                       Substance)

## INDICTMENT

The Grand Jury charges:                FEB 13 2025 PM4:39
                                       FILED - USDC - FLMD - TPA

### COUNT ONE
**(Possession with Intent to Distribute a Controlled Substance)**

On or about June 27, 2024, in the Middle District of Florida, the defendant,

ISMAEL ALVAREZ,

did knowingly and intentionally possess with intent to distribute a controlled

substance.  The violation involved approximately 50 grams or more of

methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

### COUNT TWO
**(Possession with Intent to Distribute a Controlled Substance)**

On or about July 11, 2024, in the Middle District of Florida, the defendant,

ISMAEL ALVAREZ,

did knowingly and intentionally possess with intent to distribute a controlled

substance.  The violation involved approximately 50 grams or more of

methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## FORFEITURE

1.      The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.      Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.      If any of the property described above, as a result of any acts or omissions of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property, which cannot be divided without difficulty.

2

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By:  _____
Candace Garcia Rich
Assistant United States Attorney

By:  _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and
Racketeering Section

FORM OBD-34
February 25

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

ISMAEL ALVAREZ

INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)

A true ███████████

_____
Foreperson

Filed in open court this 13th day

of February 2025.

_____
Clerk

Bail $_____

GPO 863 525